IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY SHERIDAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:16-cv-0215 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| DIVERSIFIED CONSULTANTS, INC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss ("Motion"). (Doc. No. 14.) Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be terminated as moot. (Doc. No. 45 at 1.) The Report was filed on July 5, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 1–2.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **TERMINATES** Defendant's Motion as moot without prejudice to filing a motion for judgment on the pleadings.

It is so ORDERED.

Entered this the 1st day of August, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT